UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Gwendolyn Carter,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Atlas Collections, Inc.,<br><br>　　　　Defendant. | Case No: 1:20-cv-02685-JRS-DLP |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Gwendolyn Carter, by counsel, and Defendant, Atlas Collections, Inc., by counsel, file their Joint Motion to Dismiss with Prejudice and move the Court to dismiss this cause of action with prejudice, with each party to bear its own attorney's fees and costs.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Thomas E. Irons*
　　　　　　　　　　　　　　　　　　　　Thomas E. Irons
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　*/s/ Jonathon D. Madison*
　　　　　　　　　　　　　　　　　　　　Jonathon D. Madison
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

The undersigned hereby certified that on February 10, 2021, he did electronically file the foregoing with the Clerk of the Court using electronic system which sent notification of such filing to the parties who are registered participants with the System. I hereby certify that I did mail or deliver a true and correct copy of the foregoing document to any non CM/ECF participant.

*/s/ Thomas E. Irons*
Thomas E. Irons
Attorney for Plaintiff